SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20005-2111

TEL: (202) 371-7000
FAX: (202) 393-5760
www.skadden.com

DIRECT DIAL
202-371-7370
EMAIL ADDRESS
SHAY.DVORETZKY@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

October 19, 2026

Molly C. Dwyer
Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 Seventh Street
San Francisco, CA 94103

RE: *Valve Corporation v. Users of Valve's Video Game Platform, Steam*, No. 26-6092 (9th Cir.): Valve Corporation's Position Regarding Appellees' Motion to Expedite

Dear Ms. Dwyer:

I write to provide Valve's position, which Users failed to state, on Users' motion to expedite (Doc. 10). As Valve's counsel explained to Users' counsel, the motion is unnecessary because Valve's brief is already due October 28; Valve's reply is already due 21 days after Users' response; and if Users want to file their response on November 25 rather than November 27, they don't need the Court to tell them to do so. Because this appeal is (as Valve already informed the Court (Doc. 9)) an appeal from the denial of a preliminary injunction, streamlined extensions are already unavailable, making Users' motion unnecessary. *See* Cir. R. 31-2.2(a)(3).

To the extent Users want the Court to prejudge any extension motion that has not yet been filed by declaring categorically that no extensions will be permitted, that would be improper, although Valve presently has no intention to seek an extension of time for either brief.

For those reasons, the motion should be denied as moot, and Valve doesn't intend to further respond to it.

Respectfully submitted,

*/s/ Shay Dvoretzky*

Shay Dvoretzky

*Counsel for Petitioner-Appellant Valve Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I electronically filed the foregoing document with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit by using the ACMS system. I certify that all participants in the case are registered ACMS users and that service will be accomplished by the ACMS system.

Dated: October 19, 2026

*/s/ Shay Dvoretzky*

Shay Dvoretzky